UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE EAST FAIRFIELD COAL CO., | ) | CASE NO. 5:08CV1415 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| HOLCIM (US) INC., | ) | ORDER |
| Defendant. | ) | |

This matter came before the Court for a Case Management Conference on August 28, 2008. All parties and counsel were present. The Court has been advised the action has settled. Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs.

IT IS SO ORDERED.

8/28/08
Date

CHRISTOPHER A. BOYKO
United States District Judge